# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Dennis P. Kissane, Rita Martin, Suzanne : 
Devore, Andrea Tiglio, Andrew Tiglio, : 
Howard I. Roe, David C. Scares, Pat Bauer, : 
Tracy Palmieri, Shawn Corrello, Joyce : 
Wahlah, Angela Bidlack, Barbara B. : 
Gordon, Robert B. Gordon, Lance Crow, : 
David Eisenreich, and Kenneth Spear, : 
              Appellants : 
               : 
     v. : 
               : 
Town Council of the Town of McCandless : 
               : 
     v. : 
               : 
Wal-Mart Real Estate Business Trust :      No. 314 C.D. 2015

## **O R D E R**

NOW, March 31, 2016, having considered appellants' application for reargument and appellees' answers in response thereto, the application is denied.

 

MARY HANNAH LEAVITT, 
President Judge